UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARMEN TAVAREZ-VARGAS,
Individually, and On Behalf of All Others
Similarly Situated,

                     Plaintiff,

vs.

PURPLE LIFE LABORATORIES, LLC,

                     Defendant.

Case No. 1:21-cv-09847-JPC

**STIPULATION OF DISMISSAL**

---

       **IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED:  August 18, 2022

**MIZRAHI KROUB LLP**

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

---

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.
Date: August 22, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge

|  |  |
|---|---|
| DATED: August 18, 2022 | **EISNER, LLP** |

_signature_

Jeremiah T. Reynolds
9601 Wilshire Blvd.
7th Floor
90210
Beverly Hills, CA 90401
310-855-3200
Fax: 310-855-3201
Email: jreynolds@eisnerlaw.com

*Attorney for Defendant*